UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62311-CIV-COHN

MATTHEW IRVIN,

    Plaintiff,

v.

KHIA STONE, BRICKSQUAD
MONOPOLY, WACKA FLOCKA
FLAME, and BEN G,

    Defendants.
_____/

## ORDER DISMISSING CASE FOR LACK OF JURISDICTION

**THIS CAUSE** is before the Court upon Plaintiff Matthew Irvin's pro se Complaint [DE 1] and his Application to Proceed in District Court Without Prepaying Fees or Costs [DE 3] ("Application"). The Court has carefully reviewed the Complaint and Application and is otherwise fully advised in the premises.

Plaintiff's Complaint is titled "Defamation (Activist)." DE 1 at 1. The body of the Complaint—totaling one sentence—appears to claim that Plaintiff was slandered in a hip-hop song produced by Defendants. See id. But nowhere in the Complaint does Plaintiff explain the basis for federal jurisdiction over this state-law defamation claim. See Underwriters at Lloyd's v. Osting-Schwinn, 613 F.3d 1079, 1085 (11th Cir. 2010) ("The party commencing suit in federal court . . . has the burden of establishing, by a preponderance of the evidence, facts supporting the existence of federal jurisdiction."). The Complaint does reflect that Plaintiff lives in Florida and that one of the Defendants resides in Georgia. See DE 1 at at 2. Yet Plaintiff fails to allege the residences of the other three Defendants, and he does not assert that his claim exceeds $75,000,

exclusive of interests and costs. See 28 U.S.C. § 1332(a)(1); Osting-Schwinn, 613 F.3d at 1085 ("For federal diversity jurisdiction to attach, all parties must be completely diverse, and the amount in controversy must exceed $75,000." (citations & footnotes omitted)). Because Plaintiff has not met his burden of demonstrating that subject-matter jurisdiction exists, dismissal is required. See Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction;

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [DE 3] is **DENIED**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of November, 2014.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Matthew Irvin, pro se
1611 NW 28th Ave
Fort Lauderdale, FL 33311